# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2013

## NO. 03-13-00248-CR

**Eddie Earl Wright, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the judgment of conviction.

**IT IS THEREFORE ORDERED** that the judgment of conviction is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.